IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:03CR553 |
| ) | |
| MARY J. BYERS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the November 13, 2008, revocation hearing in this case for 45-60 days. Filing 112. The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until January 22, 2009, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 12th day of November, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge